FILED - USDC - FLMD - OCA
APR 6 2026 PM 1:22

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CASEY DESMUKE,
    Petitioner,

v.                       Case No: 5:25-cv-167-PGB-PRL

WARDEN, FCC COLEMAN
    Respondent              /

## MOTION REQUESTING A STATUS UPDATE

In or about March of 2025, Petitioner, Casey Desmuke, began a 28 U.S.C. § 2241 proceeding. As of the date of this filing, to the best of Petitioner's knowledge, the case is unsettled. Due to the following, Petitioner is requesting an update.

Recently, as Petitioner is readying to release from prison, the Bureau of Prisons ("BOP") has begun implementing new program statements. One, according to the policy, can seemingly discredit an inmate's eligibility to earn FSA Time Credits, despite the statute's specific wording, if an inmate's conduct meets the policy's criteria, despite his charge of conviction. Thus, even though the statute is exclusionary based upon conviction charge, alone, the BOP is trying to strip qualifying inmates of their Congressionally guaranteed time credits.

As a ruling from this Court would short-circuit the BOP's plainly erroneous policy, Petitioner asks how close this Court is to a ruling.

Respectfully Submitted,

Casey Desmuke
Petitioner
Pro Se

Case 5:25-cv-00167-PGB-PRL     Document 9     Filed 04/06/26     Page 2 of 3 PageID 130

Casey Desmuke
Federal Correctional Complex Low
Unit A2
P.O. Box 1031
Coleman, FL 33521-1031

TAMPA FL 335
SAINT PETERSBURG FL
4 APR 2026   PM 3  L

SCREENED
By USMS

United States District Court
Office of the Clerk
Golden-Collum Memorial Federal Buildings + U.S. Courthouse
207 NW Second Street, Room 337
Ocala, Florida 34475-6666

34475-666687

